**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Southern Express Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1676743** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2531 Schieffelin Road** <br> **Apex, NC 27502** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **southernexpress.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Southern Express Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4855__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Southern Express Inc.**                                          Case number (*if known*) _____
_____
        Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Southern Express Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<table><tr><td>■</td><td>Request for Relief, Declaration, and Signatures</td></tr></table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 5, 2025**
                MM / DD / YYYY

**X /s/ R. Vance Hoover**                          **R. Vance Hoover**
Signature of authorized representative of debtor    Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Jason L. Hendren**                    Date  **August 5, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**        Email address    **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Southern Express Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* ____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 5, 2025**      X **/s/ R. Vance Hoover**
                                              Signature of individual signing on behalf of debtor

                                              **R. Vance Hoover**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Southern Express Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Academy Bus, LLC Attn: Managing Agent P.O. Box 1410 Hoboken, NJ 07030 | | Business debt | | | | $4,300.00 |
| Acrisure Southeast Trust Attn: Managing Agent P.O. Box 738516 Dallas, TX 75373 | | Insurance | | | | $22,611.00 |
| Brady Integrated Security, Inc. Attn: Managing Agent P.O. Box 746249 Atlanta, GA 30374 | | Business debt | | | | $4,048.20 |
| Capital Bank, N.A. Attn: Managing Agent or Officer 2275 Research Blvd, Ste 600 Rockville, MD 20850 | | 19 motor coaches- UCC lapsed 1/8/2025 | Disputed | $2,330,883.72 | $1,220,000.00 | $1,110,883.72 |
| Couch Oil Company Attn: Managing Agent P.O. Box 2753 Durham, NC 27715 | | Business debt | | | | $3,079.90 |
| Distinctive Systems Inc. Attn: Managing Agent 19531 Lost Creek Drive Estero, FL 33967 | | Business debt | | | | $1,760.00 |

| Debtor | **Southern Express Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FleetPride Attn: Managing Agent P.O. Box 281811 Atlanta, GA 30384** | | **Business debt** | | | | **$1,914.51** |
| **Headway Capital Attn: Managing Agent 175 W Jackson Blvd, Suite 1000 Chicago, IL 60604** | | **Business debt** | | | | **$100,850.00** |
| **Interstate Powersystem Attn: Managing Agent 10143 South 136th St Omaha, NE 68138** | | **Business debt** | | | | **$7,249.63** |
| **James Flanagan DBA Brush & Pen Graphics 3113 Childers Street Raleigh, NC 27612** | | **Business debt** | | | | **$6,075.00** |
| **Jean's Bus Service Attn: Managing Agent 207 Furmn Hall Road Greenville, SC 29609** | | **Business debt** | | | | **$92,000.00** |
| **M&T Capital and Leasing Corp. Attn: Managing Agent 850 Main Street BC-03 Bridgeport, CT 06604** | | **2025 Prevost H3-34 motor coach VIN: 2P9H33499SC001 203** | | **$701,929.71** | **$500,000.00** | **$201,929.71** |
| **NAPA Auto Parts Attn: Managing Agent P.O. Box 409043 Atlanta, GA 30384** | | **Business debt** | | | | **$4,269.84** |
| **Pine State, LLC Attn: Managing Agent P.O. Box 1118 Garner, NC 27529** | | **Rent for August 2025** | | | | **$14,715.37** |

| Debtor | **Southern Express Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PMA Insurance Group Attn: Managing Agent P.O. Box 824870 Philadelphia, PA 19182** | | **Insurance** | | | | **$9,436.00** |
| **Power Manufacturing Inc. Attn: Managing Agent 53087 Faith Avenue Elkhart, IN 46514** | | **Business debt** | | | | **$6,918.50** |
| **Prevost Car Inc. Attn: Managing Agent 8003 Piedmont Triad Pkwy UC1-63 Greensboro, NC 27409** | | **Business debt** | | | | **$34,998.22** |
| **Stearns Bank, N.A. Attn: Managing Agent P.O. Box 750 Albany, MN 56307** | | **2025 Mercedes Sprinter VIN: W1X8ND351ST198 222** | | **$142,325.42** | **$140,000.00** | **$2,325.42** |
| **Transcor Data Services, LLC Attn: Managing Agent 6440 Soutpoint Pky, Ste 210 Jacksonville, FL 32216** | | **Business debt** | | | | **$5,000.00** |
| **Truist Bank Attn: Managing Agent or Officer P.O. Box 791622 Baltimore, MD 21279** | | **Credit card debt** | | | | **$17,053.00** |

**Fill in this information to identify the case:**

Debtor name    **Southern Express Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $ _____ **3,330,694.97**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $ _____ **3,330,694.97**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **5,974,993.86**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____ **550.86**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ **345,474.96**

4.    Total liabilities ............................................................................................
   Lines 2 + 3a + 3b    $ _____ **6,321,019.68**

**Fill in this information to identify the case:**

Debtor name    **Southern Express Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Fidelity Bank #8393** | **Operating** | **8393** | $0.00 |
| 3.2. | **Fidelity Bank #8377** | **Payroll** | **8377** | $464.15 |
| 3.3. | **Fidelity Bank #5270** | **Insurance** | **5270** | $33.53 |
| 3.4. | **Fidelity Bank #5254** | **Savings** | **5254** | $83,085.83 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $83,583.51 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor  **Southern Express Inc.**                                    Case number *(If known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      **Prevost Car, Inc.**
7.1.  **Two (2) $10,000 deposits on two new motor coaches to be delivered in November 2025**                     **$20,000.00**

7.2.  **Pine State, LLC- lease deposits for both locations**                                                      **$15,936.46**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                                                   | **$35,936.46** |

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:    **69,675.00**    -    **0.00**    = ....    **$69,675.00**
                                  ‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:       **22,000.00**    -    **22,000.00**    = ....    **$0.00**
                                  ‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.               | **$69,675.00** |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor **Southern Express Inc.**
Name

Case number *(If known)* _____

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture located in home office | Unknown | N/A | $2,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment and electronics located in home office | Unknown | N/A | $2,500.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $5,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2025 Prevost H3-34 motor coach VIN: 2P9H33499SC001203** | Unknown | Liquidation | $500,000.00 |
| 47.2. **2007 Setra S-417 motor coach VIN: WKKA34CD153000265** | Unknown | Liquidation | $12,000.00 |
| 47.3. **2007 Setra S-417 motor coach VIN: WKKA34CD573000465** | Unknown | Liquidation | $12,000.00 |
| 47.4. **2007 Setra S-417 motor coach VIN: WKKA34CD973000453** | Unknown | Liquidation | $12,000.00 |

Debtor    **Southern Express Inc.**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2007 Setra S-417 motor coach VIN: WKKA34CD763000398** | Unknown | Liquidation | **$9,000.00** |
| 47.6. | **2007 Setra S-417 motor coach VIN: WKKA34CD063000338** | Unknown | Liquidation | **$18,000.00** |
| 47.7. | **2007 Setra S-417 motor coach VIN: WKKA34CD773000452** | Unknown | Liquidation | **$12,000.00** |
| 47.8. | **2007 Setra S-417 motor coach VIN: WKKA34DH483000685** | Unknown | Liquidation | **$15,000.00** |
| 47.9. | **2007 Setra S-417 motor coach VIN: WKKA34DD783000600** | Unknown | Liquidation | **$15,000.00** |
| 47.10. | **2007 Setra S-417 motor coach VIN: WKKA34CD863000376** | Unknown | Liquidation | **$15,000.00** |
| 47.11. | **2006 Setra S-417 motor coach VIN: WKKA34CD973000387** | Unknown | Liquidation | **$12,000.00** |
| 47.12. | **2006 Setra S-417 motor coach VIN: WKKA34CD463000388** | Unknown | Liquidation | **$12,000.00** |
| 47.13. | **2016 Prevost H3-45 motor coach VIN: 2PCH33492GC713229** | Unknown | Liquidation | **$200,000.00** |
| 47.14. | **2016 Prevost H3-45 motor coach VIN: 2PCH33499GC713230** | Unknown | Liquidation | **$175,000.00** |
| 47.15. | **2016 Prevost H3-45 motor coach VIN: 2PCH33492DC712142** | Unknown | Liquidation | **$120,000.00** |
| 47.16. | **2014 Prevost H3-45 motor coach VIN: 2PCH33495EC712573** | Unknown | Liquidation | **$125,000.00** |
| 47.17. | **2018 Prevost H3-45 motor coach VIN: 2PCH33498JC710066** | Unknown | Liquidation | **$225,000.00** |
| 47.18. | **2018 Prevost H3-45 motor coach VIN: 2PCH33494JC710100** | Unknown | Liquidation | **$225,000.00** |
| 47.19. | **2017 Prevost H3-45 motor coach VIN: 2PCH3349XJC713910** | Unknown | Liquidation | **$325,000.00** |
| 47.20. | **2020 Prevost H3-45 motor coach VIN: 2PCH3349XLC721069** | Unknown | Liquidation | **$350,000.00** |

Debtor   **Southern Express Inc.**                                   Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.21· | **2024 Ford E450 VIN: 1FDFE4FN7RDD17118** | Unknown | Liquidation | $120,000.00 |
| 47.22· | **2024 Freightliner Custom VIN: 4UZADRFD5RCVD9062** | Unknown | Liquidation | $220,000.00 |
| 47.23· | **2025 Mercedes Sprinter VIN: W1X8ND351ST198222** | Unknown | Liquidation | $140,000.00 |
| 47.24· | **2007 Prevost Entertainer XLII VIN: 2PCH3349171729126** | Unknown | Liquidation | $250,000.00 |
| 47.25· | **2018 Dodge Journey VIN: 3C4PDCABXJT243601** | Unknown | Liquidation | $3,000.00 |
| 47.26· | **2006 Volvo V70 VIN: YV1SW612X62599488** | Unknown | Liquidation | $3,000.00 |
| 47.27· | **Two (2) Sentra S-417s (parts vehicles)** | Unknown | Liquidation | $6,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**TCX635 PHD Heavy duty tire changer**
**S/N IRG303120K**                                    Unknown    N/A                    $5,500.00

51.  **Total of Part 8.**                                                          | $3,136,500.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Southern Express Inc.**                                    Case number *(if known)* _____
           Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** southernexpress.com | **Unknown** | **N/A** | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.    **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
|     **2010 - 2024 NOLs for federal and state**  Tax year _____ | **Unknown** |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of** | |

Debtor      **Southern Express Inc.**_____          Case number *(If known)* _____
            Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                              | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Southern Express Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $83,583.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,936.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $69,675.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,136,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,330,694.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,330,694.97 |

**Fill in this information to identify the case:**

Debtor name    **Southern Express Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1    Ascentium Captial**

Creditor's Name

**Attn: Managing Agent
23970 Hwy 59
Kingwood, TX 77339**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 Ford E450 & 2024 Freighliner Custom**    $309,756.98    $340,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2    Ascentium Captial**

Creditor's Name

**Attn: Managing Agent
23970 Hwy 59
Kingwood, TX 77339**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2007 Prevost Entertainer XLII VIN: 2PCH3349171729126**    $21,212.96    $250,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Southern Express Inc.**                                       Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                              ☐ Disputed

---

| 2.3 | **Bridgestone Americas** | | | | |

**Bridgestone Americas**
Creditor's Name

**Describe debtor's property that is subject to a lien**              $12,249.64          Unknown
**Tires, tubes, etc. provided to Debtor**

**Attn: Managing Agent**
**P.O. Box 73418**
**Chicago, IL 60673**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**10/24/2013**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Capital Bank, N.A.** | | | | |

**Capital Bank, N.A.**
Creditor's Name

**Describe debtor's property that is subject to a lien**              $2,330,883.72        $1,220,000.00
**19 motor coaches- UCC lapsed 1/8/2025**

**Attn: Managing Agent or**
**Officer**
**2275 Research Blvd, Ste**
**600**
**Rockville, MD 20850**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**1/2/2020**
**Last 4 digits of account number**
**7001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

☐ Unliquidated
■ Disputed

---

| 2.5 | **First Citizens Bank & Trust Co.** | | | | |

**First Citizens Bank & Trust Co.**
Creditor's Name

**Describe debtor's property that is subject to a lien**              $5,777.00          $5,500.00
**TCX635 PHD Heavy duty tire changer**
**S/N IRG303120K**

**Attn: Managing Agent or**
**Officer**
**P.O. Box 29519**
**Raleigh, NC 27626**

---

Debtor **Southern Express Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>UCC-1 |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>11/16/2021<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 | **Kapitus LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>All Assets | $155,875.00 | Unknown |
| | **Attn: Managing Agent**<br>**2500 Wilson Blvd., Ste 350**<br>**Arlington, VA 22201**<br>Creditor's mailing address | **Describe the lien**<br>UCC-1 | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>7/1/2025<br>**Last 4 digits of account number**<br>0121 | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.7 | **M&T Capital and Leasing Corp.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2025 Prevost H3-34 motor coach VIN: 2P9H33499SC001203 | $701,929.71 | $500,000.00 |
| | **Attn: Managing Agent**<br>**850 Main Street BC-03**<br>**Bridgeport, CT 06604**<br>Creditor's mailing address | **Describe the lien**<br>UCC-1 | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>10/31/2024<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Debtor **Southern Express Inc.**
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **Prevost Car Inc.** | Describe debtor's property that is subject to a lien | $107,553.44 | $325,000.00 |

Creditor's Name

**Attn: Managing Agent
7900 National Service Rd,
MS AP-63
Greensboro, NC 27409**

Creditor's mailing address

**2017 Prevost H3-45 motor coach VIN: 2PCH3349XJC713910**

Describe the lien
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Prevost Car Inc.** | Describe debtor's property that is subject to a lien | $223,046.69 | $350,000.00 |

Creditor's Name

**Attn: Managing Agent
7900 National Service Rd,
MS AP-63
Greensboro, NC 27409**

Creditor's mailing address

**2020 Prevost H3-45 motor coach VIN: 2PCH3349XLC721069**

Describe the lien
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Stearns Bank, N.A.** | Describe debtor's property that is subject to a lien | $142,325.42 | $140,000.00 |

Creditor's Name

**Attn: Managing Agent
P.O. Box 750
Albany, MN 56307**

Creditor's mailing address

**2025 Mercedes Sprinter VIN: W1X8ND351ST198222**

Describe the lien

---

Debtor **Southern Express Inc.**
_____
Name

Case number (if known) _____

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 1 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1,964,383.30 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent**
**1835 Assembly Street, Ste 1425**
**Columbia, SC 29201**

Creditor's mailing address

**All Assets**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**5/14/2020**

**Last 4 digits of account number**
**7401**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,974,993.86 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C.T. Corporation System**<br>**Attn: Managing Agent**<br>**330 N Brand Bvld. Ste 700**<br>**Glendale, CA 91203** | Line **2.6** | |
| **U.S. Small Business Administration**<br>**Attn: Managing Agent**<br>**1835 Assembly Street, Ste 1425**<br>**Columbia, SC 29201** | Line **2.4** | |

---

**Fill in this information to identify the case:**

Debtor name   **Southern Express Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Southern Express Inc.**                                        Case number *(if known)* _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.86 | $550.86 |

**Wake County Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2025 Business Personal Property**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |

**Academy Bus, LLC**
**Attn: Managing Agent**
**P.O. Box 1410**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,611.00** |

**Acrisure Southeast Trust**
**Attn: Managing Agent**
**P.O. Box 738516**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |

**American Fire Extinguisher**
**Attn: Managing Agent**
**P.O. Box 33487**
**Raleigh, NC 27636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,048.20** |

**Brady Integrated Security, Inc.**
**Attn: Managing Agent**
**P.O. Box 746249**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$553.52** |

**Cintas Corp.**
**Attn: Managing Agent**
**P.O. Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southern Express Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$262.00**

**City of Savannah**
Attn: Managing Agent
P.O. Box 2101
Savannah, GA 31402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,079.90**

**Couch Oil Company**
Attn: Managing Agent
P.O. Box 2753
Durham, NC 27715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,760.00**

**Distinctive Systems Inc.**
Attn: Managing Agent
19531 Lost Creek Drive
Estero, FL 33967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00**

**Edwards & Associates**
Attn: Managing Agent
P.O. Box 805
Mount Airy, NC 27030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**EFS/WEX**
Attn: Managing Agent
P.O. Box 630038
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Fleet credit card

Date(s) debt was incurred _

Last 4 digits of account number  0168

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,684.03**

**Enterprise Rent a Car**
Attn: Managing Agent
P.O. Box 402383
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,269.00**

**First Med Alert**
Attn: Managing Agent
312 Roanoke Ave
Roanoke Rapids, NC 27870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Southern Express Inc._____  Case number *(if known)* _____
         Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,914.51 |
|------|------|------|------|

**FleetPride**
**Attn: Managing Agent**
**P.O. Box 281811**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,850.00 |
|------|------|------|------|

**Headway Capital**
**Attn: Managing Agent**
**175 W Jackson Blvd, Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,249.63 |
|------|------|------|------|

**Interstate Powersystem**
**Attn: Managing Agent**
**10143 South 136th St**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.64 |
|------|------|------|------|

**IT Guys LLC**
**Attn: Managing Agent**
**720 9th Street, Ste B**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.13 |
|------|------|------|------|

**J.J. Keller & Associates**
**Attn: Managing Agent**
**P.O. Box 735492**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,075.00 |
|------|------|------|------|

**James Flanagan**
**DBA Brush & Pen Graphics**
**3113 Childers Street**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,000.00 |
|------|------|------|------|

**Jean's Bus Service**
**Attn: Managing Agent**
**207 Furmn Hall Road**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Southern Express Inc.**_____     Case number *(if known)* _____

Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.46 |

**3.20**

Nonpriority creditor's name and mailing address
**Lawson Products, Inc.**
**Attn: Managing Agent**
**P.O. Box 734922**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

$17.46

---

**3.21**

Nonpriority creditor's name and mailing address
**Martin Communications, LLC**
**Attn: Managing Agent**
**P.O. Box 1027**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

$243.00

---

**3.22**

Nonpriority creditor's name and mailing address
**Nancy Garcia**
**c/o Ricci Law Firm, P.A.**
**P.O. Box 483**
**Greenville, NC 27835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __**Potential personal injury claim**__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.23**

Nonpriority creditor's name and mailing address
**NAPA Auto Parts**
**Attn: Managing Agent**
**P.O. Box 409043**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

$4,269.84

---

**3.24**

Nonpriority creditor's name and mailing address
**Noble Oil Services**
**Attn: Managing Agent**
**5617 Clyde Rhyne Dr**
**Sanford, NC 27330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Business debt**__

Is the claim subject to offset? ■ No ☐ Yes

$70.60

---

**3.25**

Nonpriority creditor's name and mailing address
**Pine State, LLC**
**Attn: Managing Agent**
**P.O. Box 1118**
**Garner, NC 27529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Rent for August 2025**__

Is the claim subject to offset? ■ No ☐ Yes

$14,715.37

---

**3.26**

Nonpriority creditor's name and mailing address
**PMA Insurance Group**
**Attn: Managing Agent**
**P.O. Box 824870**
**Philadelphia, PA 19182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Insurance**__

Is the claim subject to offset? ■ No ☐ Yes

$9,436.00

---

| Debtor | **Southern Express Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,918.50**

**Power Manufacturing Inc.**
Attn: Managing Agent
53087 Faith Avenue
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,998.22**

**Prevost Car Inc.**
Attn: Managing Agent
8003 Piedmont Triad Pkwy UC1-63
Greensboro, NC 27409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Quarles**
Attn: Managing Agent
4031 Aspen Grove Dr, Ste 550
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Fleet credit card**

Last 4 digits of account number  **3497**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**R. Vance Hoover**
348 Wingnut Court
Holly Springs, NC 27540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Personal loans**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$795.00**

**School District Publications**
Attn: Managing Agent
1821 Hilandale Road, Ste 1B-135
Durham, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.80**

**Share Corporation**
Attn: Managing Agent
P.O. Box 245013
Milwaukee, WI 53224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236.41**

**Tarco Industries, Inc.**
Attn: Managing Agent
1891 Goodyear Ave, Ste 603
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Southern Express Inc.**                                   Case number *(if known)* _____
_____
Name

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Transcor Data Services, LLC**<br>**Attn: Managing Agent**<br>**6440 Soutpoint Pky, Ste 210**<br>**Jacksonville, FL 32216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Truist Bank**<br>**Attn: Managing Agent or Officer**<br>**P.O. Box 791622**<br>**Baltimore, MD 21279**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit card debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,053.00** |
|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**Attn: Managing Agent**<br>**P.O. Box 88741**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,376.95** |
|---|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**UniFirst Corp.**<br>**Attn: Managing Agent**<br>**1409 Person Street**<br>**Durham, NC 27703**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$758.02** |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**West Virginia Parkways**<br>**Attn: Managing Agent**<br>**P.O. Box 1469**<br>**Charleston, WV 25325**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.23** |
|---|---|---|

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 550.86 |
| **5b. Total claims from Part 2** | 5b. + $ | 345,474.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 346,025.82 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Southern Express Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2024 VanHool CX-45 VIN: YE2XC86B3R3084376** |
| State the term remaining | **Customers Commercial Finance, LLC** |
| List the contract number of any government contract | **Attn: Managing Agent** <br> **60 Penhallow Street, Ste 201** <br> **Portsmouth, NH 03801** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Contract for fleet gas cards** |
| State the term remaining | **EFS/WEX** |
| List the contract number of any government contract | **Attn: Managing Agent** <br> **P.O. Box 630038** <br> **Cincinnati, OH 45263** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contracts for transportation services** |
| State the term remaining | |
| List the contract number of any government contract | **Multiple** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2531 Schieffelin Road, Apex, NC** |
| State the term remaining   **12/31/2025** | **Pine State, LLC** <br> **Attn: Managing Agent** |
| List the contract number of any government contract | **P.O. Box 1118** <br> **Garner, NC 27529** |

Debtor 1   **Southern Express Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 2523 Schieffelin Road, Apex, NC** | |
| State the term remaining — **12/31/2025** | **Pine State, LLC Attn: Managing Agent P.O. Box 1118 Garner, NC 27529** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for two (2) new motor coaches to be delivered in November 2025** | |
| State the term remaining | **Prevost Car Inc. Attn: Managing Agent 8003 Piedmont Triad Pkwy UC1-63 Greensboro, NC 27409** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for fleet gas cards** | |
| State the term remaining | **Quarles Attn: Managing Agent 4031 Aspen Grove Dr, Ste 550 Franklin, TN 37067** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 2020 Ford Transit VIN: 1FBAX2C8XLKA24803 and 2021 Ford Expedition VIN: 1FMRU15W51LB67335** | |
| State the term remaining | **R. Vance Hoover 348 Wingnut Court Holly Springs, NC 27540** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 2024 VanHool CX-45 VIN: YE2XC86B7R3084316** | |
| State the term remaining | **Wells Fargo Attn: Managing Agent P.O. Box 585178 Minneapolis, MN 55485** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Southern Express Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | R. Vance Hoover | 348 Wingnut Court<br>Holly Springs, NC 27540 | U.S. Small Business Administration | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | R. Vance Hoover | 348 Wingnut Court<br>Holly Springs, NC 27540 | Capital Bank, N.A. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | R. Vance Hoover | 348 Wingnut Court<br>Holly Springs, NC 27540 | Kapitus LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | R. Vance Hoover | 348 Wingnut Court<br>Holly Springs, NC 27540 | Headway Capital | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.5 | R. Vance Hoover | 348 Wingnut Court<br>Holly Springs, NC 27540 | Robert & Amy Rossi | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

Debtor    **Southern Express Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name     **Southern Express Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,890,181.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$4,383,965.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$3,556,274.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Southern Express Inc.**                                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Acrisure Southeast Trust** | **5/7/25 -<br>8/5/25** | **$101,060.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.2. **American Express** | **5/7/25 -<br>8/5/25** | **$22,378.78** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Ascentium Capital<br>Nashville, TN** | **5/7/25 -<br>8/5/25** | **$37,830.51** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Capital Bank** | **5/7/25 -<br>8/5/25** | **$70,926.68** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Customers Commercial Finance, LLC** | **5/7/25 -<br>8/5/25** | **$14,390.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **EFS/WEX** | **5/7/25 -<br>8/5/25** | **$22,149.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Headway Capital** | **5/7/25 -<br>8/5/25** | **$16,120.74** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Kapitus LLC** | **5/7/25 -<br>8/5/25** | **$12,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Southern Express Inc.**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **M&T Capital and Leasing Corp.** | **5/7/25 - 8/5/25** | **$25,851.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **PMA Insurance Group** | **5/7/25 - 8/5/25** | **$9,436.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.11. **PNC Bank** | **5/7/25 - 8/5/25** | **$17,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Prevost Car Inc.** | **5/7/25 - 8/5/25** | **$24,952.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Prudential Insurance** | **5/7/25 - 8/5/25** | **$9,259.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.14. **Quarles** | **5/7/25 - 8/5/25** | **$50,363.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **U.S. Small Business Administraton** | **5/7/25 - 8/5/25** | **$29,736.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Pine State, LLC** | **5/7/25 - 8/5/25** | **$44,146.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Southern Express Inc.**                                           Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Truist Bank** | **5/7/25 -<br>8/5/25** | **$15,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Volvo Financial Serivces** | **5/7/25 -<br>8/5/25** | **$38,891.46** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Wells Fargo** | **5/7/25 -<br>8/5/25** | **$13,877.60** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Southern Express Inc.**                                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Nancy Garcia v. Southern Express, inc. and Allen Farris**<br>**25CV000317-570** | **Personal Injury** | **Martin County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Suite 150**<br>**Raleigh, NC 27612** | **Retainer** | **7/24/2025** | **$25,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Southern Express Inc.**                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **CarMax** | **2020 Ford F250 VIN: 1FT7W2B69LEE92271** | **8/4/2025** | **$39,600.00** |
| Relationship to debtor | | | |

---

■ **Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

■ **Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

■ **Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

■ **Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Debtor    **Southern Express Inc.**                                          Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

| Debtor | Southern Express Inc. | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Dale Midkiff** | **11/2024 - present** |
| 26a.2.   **John D. Adams & Company, CPAs, PLLC**<br>**Attn: Managing Agent**<br>**P.O. Box 529**<br>**Garner, NC 27529** | **2018 - present** |
| 26a.3.   **Rachel Woodard** | **12/2023 - 10/2024** |
| 26a.4.   **Cheryll Bruner** | **6/2017 - 6/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **John D. Adams & Company, CPAs, PLLC**<br>**Attn: Managing Agent**<br>**P.O. Box 529**<br>**Garner, NC 27529** | **2018 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   **Southern Express Inc.**                                   Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John D. Adams & Company, CPAs, PLLC**<br>**Attn: Managing Agent**<br>**P.O. Box 529**<br>**Garner, NC 27529** | |
| 26c.2. **Dale Midkiff** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Headway Capital** |
| 26d.2. **Big Think Capital** |
| 26d.3. **Kapitus/Qualifi** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| R. Vance Hoover | **348 Wingnut Court**<br>**Holly Springs, NC 27540** | **President** | **100% interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    __Southern Express Inc._____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | R. Vance Hoover<br>348 Wingnut Court<br>Holly Springs, NC 27540 | $117,676.74 | 2024 - 2025 | W2 Income |
| | Relationship to debtor<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August  5, 2025_____

__/s/ R. Vance Hoover_____            __R. Vance Hoover_____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Southern Express Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **R. Vance Hoover<br>348 Wingnut Court<br>Holly Springs, NC 27540** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August  5, 2025**

Signature   **/s/ R. Vance Hoover**

**R. Vance Hoover**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Southern Express Inc.**                                  Case No. _____

                                        Debtor(s)              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August  5, 2025**              **/s/ R. Vance Hoover**
                                        **R. Vance Hoover/President**
                                        Signer/Title

Academy Bus, LLC
Attn: Managing Agent
P.O. Box 1410
Hoboken, NJ 07030

Cintas Corp.
Attn: Managing Agent
P.O. Box 630803
Cincinnati, OH 45263

First Med Alert
Attn: Managing Agent
312 Roanoke Ave
Roanoke Rapids, NC 27870

Acrisure Southeast Trust
Attn: Managing Agent
P.O. Box 738516
Dallas, TX 75373

City of Savannah
Attn: Managing Agent
P.O. Box 2101
Savannah, GA 31402

FleetPride
Attn: Managing Agent
P.O. Box 281811
Atlanta, GA 30384

American Fire Extinguisher
Attn: Managing Agent
P.O. Box 33487
Raleigh, NC 27636

Couch Oil Company
Attn: Managing Agent
P.O. Box 2753
Durham, NC 27715

Headway Capital
Attn: Managing Agent
175 W Jackson Blvd, Suite 1000
Chicago, IL 60604

Ascentium Captial
Attn: Managing Agent
23970 Hwy 59
Kingwood, TX 77339

Customers Commercial Finance, LLC
Attn: Managing Agent
60 Penhallow Street, Ste 201
Portsmouth, NH 03801

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Distinctive Systems Inc.
Attn: Managing Agent
19531 Lost Creek Drive
Estero, FL 33967

Interstate Powersystem
Attn: Managing Agent
10143 South 136th St
Omaha, NE 68138

Brady Integrated Security, Inc.
Attn: Managing Agent
P.O. Box 746249
Atlanta, GA 30374

Edwards & Associates
Attn: Managing Agent
P.O. Box 805
Mount Airy, NC 27030

IT Guys LLC
Attn: Managing Agent
720 9th Street, Ste B
Durham, NC 27705

Bridgestone Americas
Attn: Managing Agent
P.O. Box 73418
Chicago, IL 60673

EFS/WEX
Attn: Managing Agent
P.O. Box 630038
Cincinnati, OH 45263

J.J. Keller & Associates
Attn: Managing Agent
P.O. Box 735492
Chicago, IL 60673

C.T. Corporation System
Attn: Managing Agent
330 N Brand Bvld. Ste 700
Glendale, CA 91203

Enterprise Rent a Car
Attn: Managing Agent
P.O. Box 402383
Atlanta, GA 30384

James Flanagan
DBA Brush & Pen Graphics
3113 Childers Street
Raleigh, NC 27612

Capital Bank, N.A.
Attn: Managing Agent or Officer
2275 Research Blvd, Ste 600
Rockville, MD 20850

First Citizens Bank & Trust Co.
Attn: Managing Agent or Officer
P.O. Box 29519
Raleigh, NC 27626

Jean's Bus Service
Attn: Managing Agent
207 Furmn Hall Road
Greenville, SC 29609

Kapitus LLC
Attn: Managing Agent
2500 Wilson Blvd., Ste 350
Arlington, VA 22201

Lawson Products, Inc.
Attn: Managing Agent
P.O. Box 734922
Chicago, IL 60673

M&T Capital and Leasing Corp.
Attn: Managing Agent
850 Main Street BC-03
Bridgeport, CT 06604

Martin Communications, LLC
Attn: Managing Agent
P.O. Box 1027
Garner, NC 27529

Nancy Garcia
c/o Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835

NAPA Auto Parts
Attn: Managing Agent
P.O. Box 409043
Atlanta, GA 30384

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Noble Oil Services
Attn: Managing Agent
5617 Clyde Rhyne Dr
Sanford, NC 27330

Pine State, LLC
Attn: Managing Agent
P.O. Box 1118
Garner, NC 27529

PMA Insurance Group
Attn: Managing Agent
P.O. Box 824870
Philadelphia, PA 19182

Power Manufacturing Inc.
Attn: Managing Agent
53087 Faith Avenue
Elkhart, IN 46514

Prevost Car Inc.
Attn: Managing Agent
8003 Piedmont Triad Pkwy UC1-63
Greensboro, NC 27409

Prevost Car Inc.
Attn: Managing Agent
7900 National Service Rd, MS AP-63
Greensboro, NC 27409

Quarles
Attn: Managing Agent
4031 Aspen Grove Dr, Ste 550
Franklin, TN 37067

R. Vance Hoover
348 Wingnut Court
Holly Springs, NC 27540

School District Publications
Attn: Managing Agent
1821 Hilandale Road, Ste 1B-135
Durham, NC 27705

Share Corporation
Attn: Managing Agent
P.O. Box 245013
Milwaukee, WI 53224

Stearns Bank, N.A.
Attn: Managing Agent
P.O. Box 750
Albany, MN 56307

Tarco Industries, Inc.
Attn: Managing Agent
1891 Goodyear Ave, Ste 603
Ventura, CA 93003

Transcor Data Services, LLC
Attn: Managing Agent
6440 Soutpoint Pky, Ste 210
Jacksonville, FL 32216

Truist Bank
Attn: Managing Agent or Officer
P.O. Box 791622
Baltimore, MD 21279

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

U.S. Small Business Administration
Attn: Managing Agent
1835 Assembly Street, Ste 1425
Columbia, SC 29201

Uline
Attn: Managing Agent
P.O. Box 88741
Chicago, IL 60680

UniFirst Corp.
Attn: Managing Agent
1409 Person Street
Durham, NC 27703

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Wells Fargo
Attn: Managing Agent
P.O. Box 585178
Minneapolis, MN 55485

West Virginia Parkways
Attn: Managing Agent
P.O. Box 1469
Charleston, WV 25325

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Southern Express Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southern Express Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  5, 2025**

Date

**/s/ Jason L. Hendren**

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for   **Southern Express Inc.**

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**